UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAAHDI COLEMAN,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>J. MACOMBER,<br><br>　　　　　Respondent. | No. 2:17-cv-0016 KJM KJN P<br><br><br>ORDER |

Petitioner has requested an extension of time to file and serve an opposition to respondent's May 19, 2017 motion to dismiss. Good cause appearing, IT IS HEREBY ORDERED that:

1. Petitioner's motion for an extension of time (ECF No. 16) is granted; and
2. Petitioner shall file and serve his opposition within thirty days from the date of this order.

Dated: July 11, 2017

_/s/ Kendall J. Newman_
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/cole0016.111